# COURTROOM MINUTE SHEET
# SENTENCING PROCEEDINGS

Date: December 8, 2016  
Case No. 4:14CR318-RLW  
UNITED STATES OF AMERICA vs. Robert S. Beyer, II  
Judge: Ronnie L. White  
Court Reporter: Debbie Kriegshauser  
Deputy Clerk: N. Blasko  
Interpreter: n/a  
Assistant United States Attorney(s): Richard Finneran & Amanda Wick  
Attorney(s) for Defendant: Kevin Curran & Robert Wolfrum  
Probation Officer: Ryan Wilke  

- [✓] Defendant/Parties present for imposition of sentence.
- [ ] No objections to presentence report filed by either party.
- [✓] Objections to presentence report filed by [✓] Defendant [✓] USA
- [✓] Objections to presentence report heard and [ ] Granted/sustained [ ] Denied [ ] as follows: ruled on the open record.

- [✓] Presentence Report adopted/accepted by Court as findings of fact and filed under seal.
- [ ] Government's Motion is [ ] granted [ ] denied

- [ ] Letters received regarding defendant received and reviewed by the Court.
- [ ] Letters to be made part of the record and filed Under Seal.
- [✓] Sentence imposed (see judgment)

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [ ] Ordered that Count(s) _____ dismissed on motion of AUSA
- [✓] Defendant remanded to custody of the USMS
- [ ] Defendant granted a voluntary surrender to the institution/USMS for incarceration as:
- [ ] Notified by USMS.    [ ] Surrender date ordered: _____
- [ ] Defendant is released on Probation/Supervised Release pending processing by USMS.
- [✓] Witness testimony (see witness list) [ ] Exhibits returned to/retained by counsel (see exhibit list)
- [✓] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney

Proceedings commenced 11:10 a.m.    Concluded 12:30 p.m.