# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4455

United States of America

Appellee

v.

Robert S. Beyer, II

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cr-00318-RLW-1)

---

## ORDER

IT IS ORDERED that the Federal Public Defender for the Eastern District of Missouri is hereby appointed to represent the above named appellant in all matters pertaining to this action before this Court.

December 14, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans